UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| GERMAN RAMIREZ,<br><br>   Claimant,<br><br>  v.<br><br>UNITED STATES OF AMERICA,<br><br>   Defendant. | No. 23 CV 4791<br><br>Judge Andrea R. Wood |

**MOTION FOR LEAVE TO FILE STATUS REPORT UNDER SEAL**

The UNITED STATES OF AMERICA, by its attorney, MORRIS PASQUAL, Acting United States Attorney for the Northern District of Illinois, hereby respectfully files this motion for leave to file a status report under seal:

1. On June 20, 2024, the Court entered an order directing the government to file a status report by October 18, 2024.

2. As described in the status report, because the status report contains information relating to a proceeding under seal, the government requests leave for the status report to be filed under seal.

                Respectfully submitted,

                MORRIS PASQUAL
                Acting United States Attorney

       By: */s/ G. David Rojas*
          G. DAVID ROJAS
          Assistant United States Attorneys
          United States Attorney's Office
          219 S. Dearborn Street
          Chicago, Illinois 60604
          (312) 353-5300

Dated: October 17, 2024